IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY BREONE GRAY,

    Petitioner,                  No. CIV S-07-1545 FCD EFB P

    vs.

F.B. HAWS, et al.,

    Respondents.            ORDER
_____/

       Petitioner is a state prisoner without counsel seeking a writ if habeas corpus. *See* 28 U.S.C. § 2254. On August 27, 2008, the court directed petitioner to file an amended petition including exhausted claims only or alternatively, to request a stay. On September 16, 2008, petitioner filed an amended petition containing only exhausted claims.

       Accordingly, it is hereby ORDERED that:

       1. Respondent shall file and serve an answer, and not a motion, responding to the application within 60 days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. *See* Rule 5, Fed. R. Governing § 2254 Cases.

////

2. Petitioner's reply, if any, shall be filed and served within 30 days of service of an answer.

Dated: March 26, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE